IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID OBERMEIER, individually and on behalf of all others similarly situated | : : : | |
| Plaintiff, | : : | CLASS AND COLLECTIVE ACTION |
| v. | : : | |
| NORTHEAST WORK & SAFETY BOATS, LLC | : : : | Case No. 2:23-cv-00046-SVN |
| and | : : | |
| JACK CASEY | : : | |
| and | : : | |
| LINDA CASEY | : : | |
| Defendants. | : : | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff David Obermeier, on behalf of himself and the Fair Labor Standards Act Collective ("FLSA Collective"), all Named Plaintiffs listed in the Second Amended Complaint (together with Plaintiff Obermeier and the FLSA Collective, "Plaintiffs"), and Defendants Northeast Work & Safety Boats, LLC, Jack Casey and Linda Casey ("Defendants," and together with Plaintiffs, the "Parties"), through their respective counsel, submit this Notice of Settlement, as directed by the Court, ECF No. 147.

1. On November 12, 2025, the Parties attended a private mediation with Mediator Martin F. Schienman, of Scheinman Arbitration & Mediation Services.

2. At the mediation, the Parties settled and resolved all claims asserted in this lawsuit.

3. After the FLSA settlement agreement is finalized and signed, Plaintiffs intend to submit an unopposed motion for approval of the FLSA settlement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

4. The parties thank Your Honor for your time and consideration with regard to this matter.

Dated: November 17, 2025

Respectfully Submitted,

**GOODLEY McCARTHY LLC**

by: /s/ Ryan P. McCarthy
Ryan P. McCarthy, Esq. (*pro hac vice*)
James E. Goodley, Esq. (*pro hac vice*)
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
ryan@gmlaborlaw.com

/s/ Franklin Rooks Jr.
Franklin Rooks Jr.
**MORGAN ROOKS, P.C.**

*Counsel for Plaintiffs*

/s/ Jennifer A. Pedevillano
Jennifer A. Pedevillano
**HALLORAN & SAGE LLP**
265 Church Street- Suite 802
New Haven, CT 06510
Phone: (203) 672-5432
Fax:    (203) 672-5480
pedevillano@halloransage.com

*Counsel for Defendants*